# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Mercer, Shaun Michael | Docket No. | 2:14CR00001-TOR-3 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik B. Carlson, Pretrial Services Officer presenting an official report upon the conduct of defendant Shaun Michael Mercer, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 19th day of March 2014, under the following conditions:

**Special Condition #15:** Avoid all contact, direct or indirect, with known felons or Co-Defendants.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant associated with a convicted felon.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:   May 28, 2014

by   s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

May 28, 2014
Date